## Appendix

The videotape is in a proprietary format; however, the video is available in widely used formats at:http://www.ca5.uscourts.gov/opinions/pub/11/11-30158.wmv (Windows), or http://www.ca5.uscourts.gov/opinions/pub/11/11-30158.mov (Mac). The times set forth throughout the court's opinion refer to the time of day as it appeared in the videotape, but the time of day is not visible in the formats available at the above links (along with other data that appeared in the proprietary format, such as the speed of the patrol car and the status of the patrol car's siren and lights). For ease of reference, the video in the formats available at the above links begins at 7:52:44 a.m. Therefore, most of the events at issue occur after 17:11 of the video footage at the above links has elapsed, which equates with 8:09:55 a.m.